UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN E. BOLLES and DARLENE RUSSELL, CO-EXECUTORS OF THE ESTATE OF CARMEL B. BOLLES and CO-EXECUTORS OF THE ESTATE OF EDWARD J. BOLLES, JR.<br>Plaintiffs<br><br>v.<br><br>HARLEYSVILLE PREFERRED INSURANCE COMPANY<br>Defendant | Civil Action No.<br>3:18-cv-01492-RNC<br><br><br><br><br>October 31, 2018 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY

Pursuant to Local Rule 7(d), the plaintiffs, Brian E. Bolles and Darlene Russell, Co-Executors of the Estate of Carmel B. Bolles and Co-Executors of the Estate of Edward J. Bolles, Jr., hereby move this Honorable Court for permission to file a sur-reply in response to the defendant, Harleysville Preferred Insurance Company's, Reply in Further Support of its Motion to Dismiss Plaintiffs' Complaint. In support of this motion, the plaintiffs state:

1. The defendant filed its Motion to Dismiss and Memorandum of Law in Support on September 18, 2018 and the plaintiffs filed their Memorandum of Law in Opposition on October 9, 2018.

2. The defendant filed a Reply in Further Support of its Motion to Dismiss Plaintiffs' Complaint on October 23, 2018, which raised new arguments relying on *Armstrong v. Amica Mut. Ins. Co.*, 3:17-cv-01523-AWT (D. Conn. Oct. 10, 2018).

3. The plaintiffs seek an opportunity to respond to the defendant's arguments that rely on *Armstrong*, as it was decided after plaintiffs filed their Memorandum of Law in Opposition to the defendant's Motion to Dismiss.

4. The plaintiffs also seek an opportunity to apprise the Court of the recent decision issued in *Halloran v. Harleysville Preferred Ins. Co., et al.*, No. 3:16-cv-00133 (VAB), 2018 WL 5113145 (D. Conn. 2018), which decision was rendered after the plaintiffs filed their Memorandum of Law in Opposition to the defendant's Motion to Dismiss.

5. Counsel to the plaintiffs contacted counsel to the defendant, Harleysville Preferred Insurance Company, concerning this motion and counsel to the defendant have not responded regarding their position on this motion.

WHEREFORE, the plaintiffs request that this Honorable Court accept the attached Sur-reply in Opposition to Defendant's Motion to Dismiss.

**BRIAN E. BOLLES and DARLENE RUSSELL, CO-EXECUTORS OF THE ESTATE OF CARMEL B. BOLLES and CO-EXECUTORS OF THE ESTATE OF EDWARD J. BOLLES, JR.**

By: */s/ Lindsay J. Britton, Esq.*
Lindsay J. Britton, Esq.
One Monarch Place, Suite 2220
Springfield, MA 01144
(413) 736-4101 – *Telephone*
(413) 736-4582 – *Facsimile*
lbritton@mdparkerlaw.com
Federal Bar #ct30476

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 31, 2018, a copy of the foregoing Plaintiffs' Motion for Leave to File Sur-reply was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                     */s/ Lindsay J. Britton, Esq.*