# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF CONNECTICUT

```
***************************************************
BRIAN E. BOLLES and DARLENE RUSSELL,         *
CO-EXECUTORS OF THE ESTATE                   *     Civil Action No.
OF CARMEL B. BOLLES and CO-EXECUTORS         *     3:18-cv-01492-RNC
OF THE ESTATE OF EDWARD J. BOLLES, JR.,      *
                       Plaintiffs            *
                                             *
v.                                           *
                                             *     August 21, 2019
HARLEYSVILLE PREFERRED INSURANCE             *
COMPANY,                                     *
                       Defendant             *
***************************************************
```

## JOINT STATUS REPORT

The parties hereby submit the following Joint Status Report in accordance with the Court's Order of May 21, 2019:

(a)  Status of the case:  This case has been stayed pending the Connecticut Supreme Court's decision in *Karas v. Liberty Ins. Corp.*, No. S.C. 20149.  The defendant's Motion to Dismiss as to all counts of the plaintiffs' Complaint has been denied without prejudice to reinstatement after the Connecticut Supreme Court's decision in *Karas*.  The parties have conducted the following discovery:

Plaintiffs:  The plaintiffs served their initial disclosures pursuant to Rule 26(a)(1) on October 19, 2018.   The plaintiffs served written discovery requests on the defendant on November 2, 2018.  Due to the stay of discovery, the defendant has not yet responded to the plaintiffs' written discovery.

Defendant:  The defendant served its initial disclosures pursuant to Rule 26(a)(1) on November 2, 2018.

The parties do not believe that settlement is likely at this time and do not believe referral to either a magistrate judge or the special master's program will be a productive exercise at present.  The specific discovery remaining to be completed is not known at this time due to the early stage of the case and the stay on discovery.

      (b)      The parties do not consent to trial before a magistrate judge.

      (c)      The parties anticipate trial taking three (3) to four (4) days.

FOR THE PLAINTIFFS

*/s/ Lindsay J. Britton, Esq.*
Lindsay J. Britton, Esq.
Law Office of Michael D. Parker
One Monarch Place, Suite 2220
Springfield, MA 01144
Telephone: (413) 736- 4101
Facsimile: (413) 736-4582
Email: lbritton@mdparkerlaw.com


FOR THE DEFENDANT,
HARLEYSVILLE PREFERRED
INSURANCE COMPANY

*/s/ Robert D. Laurie, Esq.*
Robert D. Laurie, Esq.
Seiger Gfeller Laurie, LLP
977 Farmington Ave, Suite 200
West Hartford, CT 06107
Telephone: (860) 760-8400
Facsimile: (860) 760-8401
E-mail: rlaurie@sgllawgroup.com